United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-10104-jkf
Rae Goetzenberger                                                       Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW           Page 1 of 2           Date Rcvd: Nov 09, 2017
                              Form ID: pdf900          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2017.
```
db             +Rae Goetzenberger,    413 Hermitage Street,    Philadelphia, PA 19128-3330
13847892       +Chase Card,    Attn: Correspondence,    PO Box 15298,    Wilmington, DE 19850-5298
13847893       +Comenitycapital/boscov,    Comenity Bank,    PO Box 182125,    Columbus, OH 43218-2125
13847896       +John L. McClain and Associates,    PO Box 123,    Narberth, PA 19072-0123
13847897       +McCabe, Weisberg & Conway, P.C.,    123 South Broad Street, STE 2080,
                 Philadelphia, PA 19109-1031
13863864       +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
13847900       +Tnb-Visa (TV) / Target,    C/O Financial & Retail Services,    Mailstop BV   PO Box 9475,
                 Minneapolis, MN 55440-9475
13928359       +Wilmington Savings Fund Society, FSB, ect.,    C/O Rushmore Loan Management Services,
                 P.O. Box 55004,    Irvine, CA 92619-5004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Nov 10 2017 01:53:22     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 10 2017 01:52:59
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 10 2017 01:53:12     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: blegal@phfa.org Nov 10 2017 01:53:03     PHFA-HEMAP,    211 North Front Street,
                 Harrisburg, PA 17101-1466
cr             +E-mail/PDF: gecsedi@recoverycorp.com Nov 10 2017 01:54:51     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13899961        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 10 2017 01:54:59
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13938511        E-mail/Text: bankruptcy@phila.gov Nov 10 2017 01:53:22     City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13850985       +E-mail/Text: bankruptcy@flagshipcredit.com Nov 10 2017 01:53:08     CarFinance Capital,
                 P.O. Box 3807,    Coppell, TX 75019-4354
13847894       +E-mail/Text: bankruptcy.bnc@ditech.com Nov 10 2017 01:52:45     Ditech,    Attn: Bankruptcy,
                 PO Box 6172,    Rapid City, SD 57709-6172
13847895        E-mail/Text: bankruptcy@flagshipcredit.com Nov 10 2017 01:53:08     Flagship Credit,
                 PO Box 660057,    Dallas, TX 75266-0057
13896859        E-mail/Text: blegal@phfa.org Nov 10 2017 01:53:03     PHFA/HEMAP,    211 NORTH FRONT ST,
                 PO BOX 8029,    HARRISBURG, PA 17101
13869823       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 10 2017 01:55:15
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13847898       +E-mail/Text: blegal@phfa.org Nov 10 2017 01:53:03     Pa Housing Finance Age,
                 2101 N. Front Street,    Harrisburg, PA 17110-1086
13885430        E-mail/Text: bnc-quantum@quantum3group.com Nov 10 2017 01:52:47
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
                                                                                              TOTAL: 14

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13847899*      +Rae Goetzenberger,    413 Hermitage Street,    Philadelphia, PA 19128-3330
                                                                                     TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2017                                      Signature:  /s/Joseph Speetjens

```
District/off: 0313-2           User: ChrissyW              Page 2 of 2                   Date Rcvd: Nov 09, 2017
                               Form ID: pdf900             Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2017 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JADA S. GREENHOWE    on behalf of Creditor    PHFA-HEMAP jgreenhowe@phfa.org
              JADA S. GREENHOWE    on behalf of Defendant    Pennsylvania Housing Finance Agency
               jgreenhowe@phfa.org
              JOHN L. MCCLAIN    on behalf of Plaintiff Rae  Goetzenberger aaamcclain@aol.com,
               edpabankcourt@aol.com
              JOHN L. MCCLAIN    on behalf of Debtor Rae  Goetzenberger aaamcclain@aol.com,
               edpabankcourt@aol.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 11
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                              : Chapter 13
    Goetzenberger, Rae
        Debtor                                                  :  17-10104 jkf

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, upon consideration of the Motion to Dismiss Case filed by Frederick Reigle, Trustee ,Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED.**

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in #5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (b)certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph-7 has-been entered on the docket within sixty three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing there on or (b) if no such applications have been filed, return the undistributed chapter 13 payments in his possession to Debtor pursuant to 11 U.S.C. § 1326(a)(2).

Dated:_____                    _____
                                                                    Jean K. FitzSimon
**Date: November 9, 2017**                        Bankruptcy Judge

John L. McClain and Associates
Attorney at Law
PO Box 123
Narberth, PA 19072-0123

Goetzenberger, Rae
413 Hermitage Street
Philadelphia, PA 19128

Frederick Reigle, Trustee
P.O. Box 4010
Reading, PA 19606

ALL CREDITORS

Case 17-10104-jkf    Doc 51    Filed 11/11/17    Entered 11/12/17 01:01:28    Desc Imaged
Certificate of Notice    Page 4 of 4