**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                          : Chapter 13
    Goetzenberger, Rae

        Debtor                                     : 17-10104 jkf

**REVISED ORDER FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES**

AND NOW, to wit, this _____ day of _____, 2017, upon consideration of the "Disclosure of Compensation of Attorney for Debtor" filed and/or the foregoing Motion For allowance of Compensation and Reimbursement of Expenses, IT IS HEREBY

   ORDERED that the Motion is hereby granted a total fee of $3,500.00 and $21.44 in expenses and further, the unpaid balance of $2,750.00 of the legal fees and $21.44 in incurred expenses shall be paid through debtor's Chapter 13 Plan through the office of the Chapter 13 trustee as an administrative priority expense..

_____
Bankruptcy Judge

**Date: December 1, 2017**

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Frederick Reigle, Trustee
P.O. Box 4010
Reading, PA 19606


Goetzenberger, Rae
413 Hermitage Street
Philadelphia, PA 19128